UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

DANNY COLEMAN
VIKKI M. COLEMAN

CASE NO. 07-64744-TJT
CHAPTER 13 PROCEEDINGS
HON. THOMAS J. TUCKER

Debtors

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| DANNY COLEMAN<br>VIKKI M. COLEMAN<br>19442 GRIGGS ST.<br>DETROIT, MI 48221-0000<br>SSN: XXX-XX-3486 or XXX-XX-0328 | N/A | N/A | DEBTOR REFUND | 1337032 | 1/14/11 | $ 684.84 |

DATED: January 24, 2011

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100

CHAPTER 13 TRUSTEE-TLT-DETROIT
535 GRISWOLD ST, STE 111-615
DETROIT, MICHIGAN 48226

0764744 00000 01/14 1337032
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT*

Date: 01/14/2011  
Payee: CLERK OF US BANKRUPTCY COURT  
Check No: 1337032

| | | | | | | |
|---|---|---|---|---|---|---|
| 0764744 | DANNY COLEMAN & VIKKI M. COLEMAN | | | | 684.84 | 0.00 | 684.84 |
| | ACCT: | CLAIM: 00000 TYPE: | Balance. | 0.00 | | |

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT. CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

TAMMY L. TERRY  
TRUSTEE

**OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT**  
535 Griswold St, Ste 111-615  
Detroit, MI 48226  
(313)967-9857

64-79 / 611

**CHECK NO. 1337032**  
SunTrust Bank

**FOR** DANNY COLEMAN and VIKKI M. COLEMAN  
BK:0764744 ACCT:  
PRIN: 684.84 INT: 0.00

**DATE** Jan 14, 2011  
**AMOUNT**  
********684.84

**PAY** 684.84  
SIX EIGHT FOUR PERIOD EIGHT FOUR  
Six Hundred Eighty-Four And 84 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT  
TRUST ACCOUNT

VOID OVER $684.84  
VOID 90 DAYS AFTER DATE

**TO THE ORDER OF**  
CLERK OF US BANKRUPTCY COURT  
% DAVID BOICE/ UNCLAIMED  
211 W FORT ST  
DETROIT, MI 48226

*Tammy L. Terry*  
Chapter 13 Trustee

⑈1337032⑈  ⑆061100790⑆:000000575⑈516⑈

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CASE NO. 07-64744-TJT
DANNY COLEMAN  CHAPTER 13 PROCEEDINGS
VIKKI M. COLEMAN  HON. THOMAS J. TUCKER

_____ Debtors

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**Horace D. Cotton**
**2000 TOWN CTR**
**SUITE 1900**
**SOUTHFIELD, MI 48075**

**Last Known Address for Debtors:**

**DANNY COLEMAN**
**VIKKI M. COLEMAN**
**19442 GRIGGS ST.**
**DETROIT, MI 48221**

DATED: January 24, 2011

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226